UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PARK NATIONAL BANK, successor in interest by merger to Pullman Bank and Trust,<br><br>       Plaintiff,<br><br>v.<br><br>AMERICAN SCREW & RIVET CORPORATION, WILLIAM L. STEIN AND NANCY M. STEIN,<br><br>       Defendants. | Case No. 09-cv-7312 |

**MOTION FOR SUBSTITUTION OF PARTIES PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 25(c)**

NOW COMES Park National Bank, successor in interest by merger to Pullman Bank and Trust ("Park"), by and through counsel, Askounis & Darcy, P.C. and for its Motion to Substitute Parties pursuant to Federal Rule of Civil Procedure 25(c), states as follows:

## BACKGROUND

### Procedural History

1. On November 20, 2009, Park filed its Complaint against American Screw & Rivet Corporation ("American Screw & Rivet"), William L. Stein ("William Stein") and Nancy M. Stein ("Nancy Stein") for breach of contract, detinue, injunctive relief and specific performance. The matter arises out of the default in making payments pursuant to two promissory notes dated November 8, 2004, and November 16, 2007, respectively.

2. On November 23, 2009, American Screw & Rivet and Nancy Stein were served with Summons and the Complaint. On November 25, 2009, William Stein was served with Summons and the Complaint

1

3. On December 11, 2009, Counsel for American Screw & Rivet, William Stein and Nancy Stein filed their appearance.

**Factual History**

4. On October 30, 2009, Park was closed by the Office of the Comptroller of the Currency ("OCC"), and the Federal Deposit Insurance Corporation ("FDIC") was named Receiver.

5. On October 30, 2009, the FDIC assigned all of its right, title and interest in certain assets and liabilities, including the Promissory Note and Commercial Security Agreement dated November 8, 2004, Promissory Note and Commercial Security Agreement dated November 16, 2007 and related loan documents (the "Notes and Agreements") which are the subject of this lawsuit, to U.S. Bank National Association ("U.S. Bank"). A true and correct copy of Purchase and Assumption Agreement is attached hereto as Exhibit 1. See also the Affidavit of Sachin Darji, a Vice President and Senior Corporate Counsel for U.S. Bank, attached hereto as Exhibit 2.

6. On November 27, 2009, Park received written notice that the FDIC had assigned all of its right, title and interest in certain assets and liabilities to U.S. Bank.

7. Park brings the instant Motion to Substitute so that the appropriate plaintiff is named a party to the case.

**ARGUMENT**

8. Federal Rule of Civil Procedure 25(c) provides:

If an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party. The motion must be served as provided in Rule 25(a)(3).


Fed. R. Civ. P. 25(c)(West 2009).

9. The substitution of a party is within the discretion of the trial court. See <u>Otis Clapp & Son, Inc. v. Filmore Vitamin Co.</u>, 754 F.2d 738 (7th Cir. 1985).

10. Federal Rule of Civil Procedure 17(a) further provides that an action must be prosecuted by the real party in interest. See Fed. R. Civ. P. 17(a)(West 2009). The original party herein, Park, was closed by the OCC and the transferee, U.S. Bank, was assigned all right, title and interest in the Notes and Agreements by the FDIC, as receiver. Substitution under Fed. R. Civ. P. 25(c) is required by Fed. R. Civ. P. 17(a) as U.S. Bank is now the real party in interest. See <u>Panthers Pump & Equipment Co., Inc. v. Hydrocraft, Inc.</u>, 566 F.2d 8, 24 (7th Cir. 1977); see also Fed. R. Civ. P. 17(a)(West 2009); see also Fed. R. Civ. P. 25(c)(West 2009).

11. The Defendants will not be prejudiced by substituting U.S. Bank as the party in interest because no substantive issues of law have been decided.

12. The Defendants shall be served with this Motion as required under Federal Rule of Civil Procedure 5. Fed. R. Civ. P. 5 (West 2009).

WHEREFORE, Park National Bank, successor in interest by merger to Pullman Bank and Trust, respectfully requests that this Court substitute U.S. Bank National Association as the party in interest, and grant all other and further relief which this Court deems just.

                                              Park National Bank, successor in interest by merger to
                                              Pullman Bank and Trust,

By:   /s/ Thomas V. Askounis
        Thomas V. Askounis, Esq. (ARDC# 00077720)
        C. Randall Woolley, Esq. (ARDC# 06280067)
        ASKOUNIS & DARCY, P.C.
        401 N. Michigan Ave., Suite 550
        Chicago, IL 60611
        312/784-2400

312/784-2410 (Facsimile)  
taskounis@askounisdarcy.com  
rwoolley@askounisdarcy.com

U:\Clients\Park National Bank\American Screw & Rivet\Pleadings\Motion to Substitute.wpd